```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH ASKEW                       :        CIVIL ACTION
                                   :
       v.                          :
                                   :
THE TRUSTEES OF THE GENERAL        :
ASSEMBLY OF THE CHURCH OF THE      :
LORD JESUS CHRIST OF THE           :
APOSTOLIC FAITH, INC., et al.      :        No. 09-15
```

ORDER

AND NOW, this 21st day of July, 2009, upon consideration of the defendants' joint motion to dismiss (docket entry # 13), the plaintiff's response, and the reply thereto, and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

    1.   The defendants' motion is GRANTED IN PART;

    2.   Counts II, IV, and V of the Complaint are DISMISSED;

    3.   In all other respects, the defendants' motion is DENIED; and

    4.   The defendants shall ANSWER the remaining Counts of the Complaint by August 3, 2009.

                          BY THE COURT:

                          __\s\Stewart Dalzell

Case 2:09-cv-00015-SD   Document 19   Filed 07/21/09   Page 2 of 2