IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH ASKEW                          :         CIVIL ACTION
                                      :
        v.                            :
                                      :
THE TRUSTEES OF THE GENERAL   :
ASSEMBLY OF THE CHURCH OF THE :
LORD JESUS CHRIST OF THE      :
APOSTOLIC FAITH, INC., et al. :         No. 09-15

ORDER

AND NOW, this 11th day of March, 2011, upon consideration of plaintiff's motion to appoint receiver (docket entry # 44), defendants' response (docket entry # 47), defendants' motion to dismiss for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (docket entry # 49), plaintiff's response (docket entry # 50), defendants' motion for leave to file a joint reply (docket entry # 51), plaintiff's response to defendants' motion to file a joint reply (docket entry # 52), and in accordance with the foregoing Memorandum, it is hereby ORDERED that:

1.    Defendants' motion to dismiss for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) (docket entry # 49) is GRANTED;

2.    Defendants' motion to file a joint reply (docket entry # 51) is GRANTED;

3.    The Clerk of Court shall DOCKET defendants' reply, which is attached to their motion at Exhibit A;

4.    Plaintiff's motion to appoint receiver (docket entry # 44) is DENIED AS MOOT; and

5.    The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell